TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00126-CV

Gary Don Robinson, Appellant

v.

Town North Nissan Mitsubishi, Inc.; Randy M. Ross; and Joe D. West, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 94-15751, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 This is an attempted appeal from an order of the trial court dismissing a suit for
malicious prosecution brought by appellant Gary Don Robinson against appellees Town North
Nissan Mitsubishi, Inc., Randy M. Ross, and Joe D. West. The trial court dismissed the cause
with prejudice on August 25, 1997, and appellant attempted to appeal by filing a petition for writ
of error in the trial court on December 4, 1997, and subsequently in this Court on March 16,
1998.

 Restricted appeals have replaced appeals brought by writ of error to the court of
appeals. Tex. R. App. P. 30. A restricted appeal is proper when brought by a party who did not
participate, either in person or through counsel, in the hearing that resulted in the judgment
complained of and who did not timely file a post-judgment motion or request for findings of fact
and conclusions of law, or a timely notice of appeal. See Id. A review of the record demonstrates
that appellant did participate through pro se representation in the trial court proceedings that
resulted in the order of dismissal. Because appellant has participated in the trial court
proceedings, this Court is without jurisdiction to consider this appeal. Accordingly, the appeal
in this cause is hereby dismissed for want of jurisdiction. See Tex. R. App. P. 42.3(a). 
Furthermore, appellant's motion for extension of time to file the brief is dismissed.

Before Justices Powers, Kidd and B. A. Smith

Dismissed for Want of Jurisdiction

Filed: May 29, 1998

Do Not Publish